UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALLERGY & ASTHMA NETWORK
MOTHERS OF ASTHMATICS**

Plaintiff(s),

vs.                                                            Civil Case No: **06-1335 CKK**

L**INDA M. SPRINGER**

Defendant(s).

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibits to the complaint have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** 7/27/06