*EXHIBIT 2A*

## Attachment A: Real Services, Benefits or Program Activities

I certify that the organization named in this application provided or conducted real services, benefits, assistance, or program activities, in 15 or more different states – or one foreign country – over the three year period immediately preceding the date of this application (2003, 2004, 2005). Include as Attachment A a list of each state – or foreign countries – where program activities have been provided and a detailed description of the program

Organization Name: **Allergy and Asthma Network/Mothers of Asthmatics, Inc.**

# National

## Alabama

(Attachment A)

Month of Service: **May**        Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **39**

Description of Service:
**Sent materials to 425 people requesting information**
**Distributed materials at Asthma Awareness Day**
**Donated materials**

## Alaska

(Attachment A)

Month of Service: **May**        Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **39**

Description of Service:
**Sent materials to 725 people requesting information on allergies and asthma.**
**Asthma Awareness Day 5/03 5/04**
**Distributed materials**
**Donated materials**
**Cathy Boutin attented the Patient Advocate Leaders Summit in Phila Pa and**
**distributed AANMA materials to attend in Sept 2004**

## Arizona

(Attachment A)

Month of Service: **May**        Type of Service: **Public Education**
Year of Service: **2004**
Number of People Served: **101**

Description of Service:
**Sent materials to 575 people requesting information on allergies and asthma**
**Attended Asthma Awareness Day in DC in 5/04**
**Distributed materials**
**Donated materials**
**Suzanne Cook and Laura Magruder attended Patient Advocate Leaders Summit and**
**distributed patient education materials to over 500 attendees**



EXHIBIT

**A**

ALL-STATE LEGAL®

## Arkansas

Month of Service: **March**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **280**

Description of Service:
Attended the State Conference on March 9, 2004 and distributed allergy and
asthma information to 80 participants.  On October 20, 2004 attended an October
Radio Health Fair and distributed material to over 200 participants.
Joanna Thomas attended training in Virginia at AANMA headquarters in Nov 2003
and 2004 and returned with 250 pieces to distribute to people in her local.

## California

Month of Service: **January**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **426**

Description of Service:
Served 655 members
Sent materials to 1000 people
Family program 1/03
300 Medical Professionals
10 education programs
Family programs
On January 17, 2004 attended a Health Fair where 50 people people attended and
material on allergy and asthma was distributed
On March 6, 2004 distributed allergy and asthma information to over 200
participants attending health fair at Children's Hospital.
On July 4, 2004 Debra Mendelsohn attended attended Asthma Awareness Day in
Torrence and distributed information on allergy and asthma to over 300
participants.

## Colorado

Month of Service: May          Type of Service: Education
Year of Service: 2004
Number of People Served: 7 1

Description of Service:
71 members
Sent materials to 125 people
Health Fairs 5/03
Distributed materials
Donated materials
January 23, 2004 distributed allergy and asthma material at the Health Fair to
over 200 participants
April 10, 2004 distributed material to over 100 participants at Gunnison Valley
Hospital
On April 17, 2004 distributed material to over 50 participants at Dept of Vets
Health Fair
On April 18 2004 distributed material to over 50 participants at a Church
Health Fair
On April 24, 2004 distributed material to over 50 participants at the North
Metro Health Fair
On April 25, 2004 attended a Health Fair at the YMCA and distributed material
to 100 people
On April 27, 2004 distributed material to 50 participants at the Condijos Co.
Hospital
On April 2, 2004 distributed material at Lewis Palmer High School
On April 19, 2004 distributed material to 50 people requesting information at
Washington Street Community Center
On April 23, 2004 disributed material to 100 participants at Red Rocks
Community College
On April 17, 2004 distributed material to 100 participants at the Marjean Drost
Health Fair
On May 22-26, 2004 attended the Health Fair and distributed material to 75
people
On June 26, 2004 attended a Medicaid Program and distributed material to over
100 people requeting information.

## District of Columbia

Month of Service: May          Type of Service: Education
Year of Service: 2004
Number of People Served: 1 4 0

Description of Service:
140 members served
Sent materials to 300 people requesting information
Disbursement of materials
Donated materials
November 2003, Sandra Fusco Walker spoke at the National Patient Advocate
Foundation on allergies and asthma and distributed material to those attending.
Sandrda Fusco Walker attended the Center for School Health Conference and
distributed material to 50 people
May 5 - 8, 2004 Allergy and Asthma Network Mothers of Asthmatics held its
seventh annual Asthma Awareness Day Capitol Hill Event in Washington, DC. The
event featured patient education material and free asthma screenings to more
than 200 visitors.
April 2004 Patricia Green attended a Health Fair in Richmond for CARMA

## Florida
(Attachment A)

Month of Service: May          Type of Service: Education
Year of Service: 2004
Number of People Served: 853

Description of Service:
Served 853 members
Sent materials to 1200 people requesting material
Disbursement material
Donated materials
Vicki Modica conducted an Asthma Awareness Day on April 3, 2004 and distributed material to over 50 people. AANMA has written about Vicki's son's death from asthma in "Mikey's Mom Didin't Know Asthma Could Kill . . ."

## Georgia
(Attachment A)

Month of Service: May          Type of Service: Education
Year of Service: 2004
Number of People Served: 113

Description of Service:
113 members served
Sent materials to 200 people

## Hawaii
(Attachment A)

Month of Service: May          Type of Service: Education
Year of Service: 2004
Number of People Served: 19

Description of Service:
19 members
Sent materials to 50 people
Distributed materials
Donated materials

## Idaho
(Attachment A)

Month of Service: May          Type of Service: Education
Year of Service: 2004
Number of People Served: 23

Description of Service:
23 members served and materials sent to 100 people
Distributed and donated materials

## Illinois
(Attachment A)

Month of Service: May          Type of Service: Education
Year of Service: 2004
Number of People Served: 846

Description of Service:
846 members served and sent materials to 1500 people
Distributed and donated materials
On April 9, 2004 Lisa Crum a new OSC distributed material to over 100 people
On Februray 12, 2004 Devin Stiber became an OSC and has distributed material to over 150 people.
May 4-6 Devin attended Asthma Awareness Day in Washington DC and learned more about asthma and allergies by attending session being held. With this additional he is able to bring more awareness to people in his state.

## Indiana

Month of Service: **May**
Year of Service: **2003**
Number of People Served: **96**

Type of Service: **Education**

Description of Service:
**Served 96 members and sent materials to 300 people requesting information Distributed and donated materials**

Month of Service: **May**
Year of Service: **2004**
Number of People Served: **108**

Type of Service: **- Select -**

Description of Service:
**Served 108 members and sent materials to 200 people requesting information. Distributed and donated materials.**

## Kansas

Month of Service: **May**
Year of Service: **2003**
Number of People Served: **37**

Type of Service: **Education**

Description of Service:
**Served 37 members and sent  materials to 100 people**

Month of Service: **May**
Year of Service: **2004**
Number of People Served: **40**

Type of Service: **- Select -**

Description of Service:
**Provided information to over 100 people requesting information via our WEB and email address.**

## Kentucky

Month of Service: **May**
Year of Service: **2003**
Number of People Served: **57**

Type of Service: **Education**

Description of Service:
**Served 57 members and sent materials to 125 people requesting information Distributed and donated materials**

Month of Service: **May**
Year of Service: **2004**
Number of People Served: **65**

Type of Service: **- Select -**

Description of Service:
**Served 65 members and sent materials to 100 people requesting information. People requested information after viewing our WEB site and contacting us via our toll free help line.**

## Louisiana

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **294**

Description of Service:
Served 294 members and sent materials to 300 requesting information on
allergies and asthma
Asthma Awarenedd Day 5/03
Distributed and Donated materials
May 10, 2004 Michelle McMahon took part in Asthma Awareness day in LA and
distributed material to over 160 people attending
November 2003 Sandra Fusco Walker spoke at the American College of Allergy,
Asthma and Immunology Conference and distributed material to the 200 people
attending.

## Maine

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **27**

Description of Service:
27 members served and sent materials to 100 people requesting information on
allergies and asthma

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **153**

Description of Service:
153 members served and received our latest information.  Members receive not
only our newsletter but a quarterly magazine with valuable information.
Members also have access to our WEBsite and toll free help line.

## Maryland

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **207**

Description of Service:
Served 207 members and sent information to an additional 300 people requesting
information on allergies and asthma
On January 22, 2004 Jennifer Harrington attended a Head Start Program and
discussed and distributed material to over 200 participants
On February 5, 2004 Michele Hauer distributed material to over 200 participants
On March 4, 2004 Michele distributed material to doctors' offices requesting
information for their patients
On May 1, 2004 material was handed out at the Chesapeake Clinic to over 200
participants requesting information on allergies and asthma
On June 15, 2004 50 packets of information were distributed at the hospital

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **228**

Description of Service:
Victor Martinez attended training at our home office to become an Outreach
Service Coordinator in March 2004 .  He also received materials to return to
Maryland with to distribute to people in his local area.

## Massachusetts

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **155**

Description of Service:
Served 155 members and sent materials to 300 people requesting information
9/03 Book presentation attended by 50 people
Distributed and Donated materials

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **153**

Description of Service:
Served 153 members and sent materials to over 400 people requesting our
education material.

## Michigan

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **157**

Description of Service:
Served 157 members and sent materials to an additional 200 people

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **197**

Description of Service:
Served 197 members and provided them with our newsletter and our quarterly
magazine.  In addition members have requested information through our WEBSite
and toll free help line.

## Minnesota

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **96**

Description of Service:
Served 96 members and sent requested information to an additional 300 people

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **99**

Description of Service:
Christy Olson our Nurse Educator provides education via our WEBSite and toll
free help line (Ask Nurse Christy)  She also serves on the NAEPP Committee.
Christy attended Asthma Awareness Day in Washington DC in May.  In addition,
Christy helps in the training that we provide to our Outreach Service
Coordinators throughout the United States.  Christy provides our education
material to people who contact her in addition to speaking to them on the
phone.

## Mississippi

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **174**

Description of Service:
**Served 174 members and sent requested information to an additional 50 people
Distributed and Donated materials**

## Missouri

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **75**

Description of Service:
**Served 75 members and sent materials to an additional 100 people**

## Montana

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **39**

Description of Service:
**Served 39 members and sent information to an additional 500 people requesting
information on allergies and asthma**

## Nebraska

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **200**

Description of Service:
**Served 23 members and sent information to an additional 500 people
Screened 100 people for asthma
June 2003 distributed 800 AIRepair Kits
March 2004 attended 3 local Health Fairs and distributed material to over 200
participants.
On Sept 4, 2004 spoke at a Health Fair and distributed material**

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **1019**

Description of Service:
**Both Andrea Holka and Kathy Poehling attended our training session here at the
home office and returned with over 1000 pieces of educational material which
they distributed to people in their local area.    Both ladies attended Asthma
Awareness Day on Capitol Hill and provided information to those attending the
event.**

## Nevada

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **19**

Description of Service:
**Served 19 members and sent information to an additional 50 people requesting
information
December 2003 Sandra Fusco Walker spoke at the AARC conference in Las Vegas on
allergies and asthma and distributed material to the 300 attendees.**

Month of Service: **May**           Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **23**

Description of Service:
AANMA served 23 members and provided them with our educational material they requested. Many of them reach us by our WEBsite and toll free help line frequently throughout the year.

## New Hampshire
(Attachment A)

Month of Service: **May**           Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **24**

Description of Service:
Served 24 members and sent information to an additional 150 people requesting information

## New Jersey
(Attachment A)

Month of Service: **May**           Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **306**

Description of Service:
Served 306 members and sent materials to an additional 2000 people
5 presentations – 600 people
Family Support Group
June 2003 Indoor AIRepair Kits distributed to 990 people
October 27, 2003 Clatie Campbell of Trenton, NJ received a Special Achievement Award for her outstanding efforts on the EPA Tools for Schools project.
In May 2004 Sandra Fusco Walker attended the PACNJ Statewide meeting and distributed material to over 100 attendees.

Month of Service: **May**           Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **272**

Description of Service:
272 Members were served throughout the year. Sandra Fusco Walker attended Asthma Awareness Day on Capitol Hill in May and spoke our training session. She also presented at the Patient Advocate Leaders Summit in Philadelphia Pa. Sandra is one of our strongest advocate of Patient Rights for Children to carry their inhalers and speaks throughout the country. She has been instrumental in educating people on this topic.

Dianna Belle joined us for a training session and returned home with 1500 pieces of literature to distribute to people in her local area.

## New Mexico
(Attachment A)

Month of Service: **May**           Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **99**

Description of Service:
Served 99 members and sent requested information to 300 additional people
September 15, 2004 – new OSC Tabith Orr requested information to distribute in her area.

## New York                                                                (Attachment A)

        Month of Service: May            Type of Service: Education
         Year of Service: 2004
    Number of People Served: 1473

Description of Service:
Served 1,473 members and sent materials to an additional 3800 people
Brooklyn Collaborative 3 programs 600 attended
Family Program 50 attended
June 2003 Indoor AIRepair Kits 793 distributed
On May 21, 2004 Pat Smith conducted an Asthma Awareness Day and distributed
material 125 participants
In the Spring of 2004 Pat Smith attended an Asthma Baseball game and
distributed allergy and asthma information to 200 participants requesting
information.

        Month of Service: May            Type of Service: Education
         Year of Service: 2004
    Number of People Served:

Description of Service:
Nilsa Negron attended our training session and took home 1500 pieces of
educational material to distribute to people in her local area.

## North Carolina                                                          (Attachment A)

        Month of Service: May            Type of Service: Education
         Year of Service: 2004
    Number of People Served: 128

Description of Service:
Served 128 members and sent information to an additional 1500 people requesting
information.
Garibaldi Festival 200 attended
Asthma Awareness Day 200 attended
Camp Breathe Easy 100 attended
June 2003 Indoor AIRepair Kits to 814 people
On May 14, 2004 Teresa Fralich conducted an Asthma Awareness Day and
distributed material to over 300 participants

## North Dakota                                                            (Attachment A)

        Month of Service: May            Type of Service: Education
         Year of Service: 2003
    Number of People Served: 15

Description of Service:
Served 15 members and sent materials to an additional 50 people

## Ohio                                                                    (Attachment A)

        Month of Service: May            Type of Service: Education
         Year of Service: 2004
    Number of People Served: 162

Description of Service:
Served 162 members and sent 400 people requested information
June 2003 3 Programs 300 people attended
June 3 Indoor AIRepair Kits to 1100 people
October 29, 2003 Barbara Johnson received a Special Achievement Award from the
EPA Tools for Schools for her outstanding efforts on this program

Month of Service: **May**　　　　　Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **161**

Description of Service:
Served 161 members by providing them with our newsletter or magazine on a monthly basis.

Both Barbara Johnson and Jennifer Harrington attended our training session in the fall and returned home with 250 pieces of educational material to distribute to people in their local area.

## Oklahoma                                                                      (Attachment A)

Month of Service: **May**　　　　　Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **25**

Description of Service:
Served 25 members and sent additional information to 100 people requesting information

## Oregon                                                                        (Attachment A)

Month of Service: **May**　　　　　Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **68**

Description of Service:
Served 68 members and sent 100 people requested information on allergies and asthma
Donated materials

## Pennsylvania                                                                  (Attachment A)

Month of Service: **May**　　　　　Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **301**

Description of Service:
Served 301 members and sent out requested information to an additional 1000 people
OSC Program
Donated Materials
July 16 - 18, 2003 Sandra Fusco Walker distributed educational material on allergies and asthma at the Association of Asthma Educators to over 150 attendees
October 5-8, 2004, Sandra Fusco Walker exhibited at the Patient Advocate Leaders Summit in Philadelphia and distributed literature on allergies and asthma to over 200 participants.

Month of Service: **May**　　　　　Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **282**

Description of Service:
Laura Smith our media representative conducted interviews throughout the year. In addition she attended our Asthma Awareness Day on Capitol Hill . She also provides our educational material to those attending her press conferences.

## South CAROLINA

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **50**

Description of Service:
Served 50 members and sent information to 200 additional people requesting information on allergies and asthma
Donated materials

## South DAKOTA

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **11**

Description of Service:
Served 11 members and sent 50 people requested information on allergies and asthma
OSC Program
Teen Awareness Event
Asthma Awarenedd Day Screening
Donated materials

## Tennessee

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **53**

Description of Service:
Served 53 members and sent 500 people additional information they requested
OSC Program - Respiratory Caregivers Conference 200 attended
Donated Materials
Tools for Schools developed in 30 school buildings
Family Program attended by 75 people

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **291**

Description of Service:
Gail Bost one of our Outreach Services Coordinators (OSC)was selected as our OSC of year and was presented the award when we held Asthma Awareness Day on Capital Hill.  Gail is instrumental in providing our educational material to people in her school district and continues to work with us on an EPA project.

## Texas

(Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **1141**

Description of Service:
Served 1141 members and sent 1800 people requested information
OSC Program
Member of the Texas Asthma Coalition
June 2003 Indoor AIRepait Kits to 350 people
Donated materials
On March 4, 2004 Debra Jordan attended an American Lung Walk in Plano and distributed information on allergies and asthma to 375 participants
Lisa Stavinoha distributed information to over 100 people at a Health Fair

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **2 4 1**

Description of Service:
**Chrissie Perdue Hartley attended our training session the fall and returned
home with material to distribute to people in her area.**

## Utah                                                                              (Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **9**

Description of Service:
**Served 9 members and sent information to 30 people
July 19-22, 2004 Sandra Fusco Walker held an exibit booth at the National
Conference for State Legislatures in Salt Lake City.    500 people attended and
allergy and asthma literature was distributed.**

## VIRGINIA                                                                          (Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **2 9 1**

Description of Service:
**Served 291 members and sent materials to an additional 700 people requesting
information on allergies and asthma
OSC Program June Indoor AIRepair Kits to 800 people
Donated materials
On February 7, 2004 Cathy Emhof distributed information at Unicare in
Woodbridge,VA to over 125 participants**

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served:

Description of Service:
**Virginia is where our headquarters is located and all material and services
initiate at our office.    In May of each year we hold Asthma Awarenes Day on
Capitol Hill and distribute our educational material to those attending our
event down in DC.
Jean Hill, Marissa Magnetti, Sandra FuscoWalker, Desiree Diez attended the
following conferences throughout the United States distributing our educational
material as well as informing attendees of our WEBsite and toll free helpline.
They attended the Patient Advocate Leaders Summit in Philadelphia, DC Asthma
Coalition in DC, NCSL conference in Salt Lake, NASN conference in Seattle, AAE
conference in Philadelphia, ACAAI in New Orleans and the AAAAI Conference**

## Washington                                                                        (Attachment A)

Month of Service: **May**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **9 2**

Description of Service:
**Served 92 members and sent materials to 200 people
OSC Program
Junion Bloomsday 200 people attended
Cindy Thompson attended Health Fairs and distributed information to over 200
people requesting information on allergies and asthma
July 7 - 10, 2003 Sandra Fusco Walker attended the National Association of
School Nurses Conference in Seattle and distributed allergy and asthma
educational material to over 300 participants.**

## West Virginia

(Attachment A)

Month of Service: **May**      Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **9 9**

Description of Service:
**Served 99 members and sent 50 people information requested regarding allergies and asthma.
Donated materials
Cindi Shea attended an Asthma Camp  on January 4, 2004 and distributed 200 booklets on Asthma
On April 17, 2004 Cindi attended a fair at the Crossroads Mall and distributed material to over 75 people**

## Wisconsin

(Attachment A)

Month of Service: **May**      Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **9 2**

Description of Service:
**Served 92 members and sent materials to an additonal 100 people**

## Wyoming

(Attachment A)

Month of Service: **April**      Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **7**

Description of Service:
**Served 7 members and sent materials to an additional 50 people requesting information.
Distributed materials
Donated materials**



**UNITED STATES**
**OFFICE OF PERSONNEL MANAGEMENT**
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

JUN 2 2006

Mr. Sean Tisdale
Secretary/Treasurer
Children's Medical Charities of America
21 Tamal Vista Boulevard, Suite 209
Corte Madera, CA 94925

Dear Mr. Tisdale:

We have completed a review of your federation's application to participate in the 2006
Combined Federal Campaign (CFC). After careful review, I am admitting Children's Medical
Charities of America and 27 of the 33 member organizations included in your original list for
participation in the 2006 CFC. Six of the member organizations appearing on your list have
been denied participation in the 2006 CFC. These are:

> Allergy and Asthma Network/Mothers of Asthmatics
> Childhood Brain Tumor Foundation
> COTA – Children's Organ Transplant Association
> CURE Childhood Cancer in China
> Heartspring
> Songs of Love Foundation

An explanation of the reasons for each of these denials appears in Attachment One of this letter
If, after reviewing the eligibility requirements for CFC (appearing at 5 CFR Part 950), you
believe an error was made in reviewing these member applications, you may appeal the denials
to Dan G. Blair, Deputy Director of the Office of Personnel Management. Your appeal need only
respond to the deficiencies described in Attachment One. Your appeal must be in writing and
must be received within 10 business days from the date you receive this letter. Appeals should
be sent to:

> U.S. Office of Personnel Management
> CFC Operations – Room 5450
> 1900 E Street, NW
> Washington, DC 20415

OPM continues to experience significant delays with mail service associated with irradiating
mail prior to its delivery to Federal offices. As a result, all organizations submitting an appeal are
vigorously encouraged to use "next day" or "overnight delivery."

Please note that we have found the following two members eligible. Although their
administrative and fundraising rates exceed 25%, their explanation and formal plan to reduce the
rate meets the requirement of 5 CFR §950.203(a)(4). They are:



**EXHIBIT**
**B**

CON 131-64-4
September 2001

Children's Hospital and Research Center Foundation (31.4%)
John Tracy Clinic (26.5%)

The federation and its member organizations will be assigned CFC code numbers at the completion of the appeal process.

Also, OPM noted that some member organizations provided annual reports or substitute documents that do not identify the board of directors and/or chief administrative personnel. However, Attachment G contained supplementary information. Please inform your member organizations that future annual reports or substitute documents that do not contain this information in the document made available to the public will result in a denial.

Sincerely,

Mara T. Patermaster, Director
Office of CFC Operations


Attachments

Attachment One
Children's Medical Charities of America
2006 CFC Application

- Allergy and Asthma Network/Mothers of Asthmatics – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states or a foreign country over the three-year period immediately preceding January 2006.  Please see CFC Memo 2004-10 (attached) regarding the dissemination of publications.

- Childhood Brain Tumor Foundation – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states or a foreign country over the three-year period immediately preceding January 2006.

- COTA – Children's Organ Transplant Association – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states or a foreign country over the three-year period immediately preceding January 2006.

- CURE Childhood Cancer in China – The organization's administrative and fundraising rate is 50.3%.  It did not submit an adequate Attachment E.  CFC eligibility regulations at 5 CFR §950.203(a)(4)(i) require submission of an explanation for an administrative and fundraising rate in excess of 25% and a formal plan to reduce the rate below 25 percent.

- Heartspring – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states or a foreign country over the three-year period immediately preceding January 2006.

- Songs of Love Foundation – The organization's administrative and fundraising rate is 68.2%.  It did not submit an adequate Attachment E.  CFC eligibility regulations at 5 CFR §950.203(a)(4)(i) require submission of an explanation for an administrative and fundraising rate in excess of 25% and a formal plan to reduce the rate below 25 percent.



# Children's Medical Charities
## of America

21 Tamal Vista Blvd, #209, Corte Madera, CA 94925
415/924-1108 • fax 415/924-1379 • info@childrensmedical.org

June 16, 2006


Hon. Dan G. Blair
Deputy Director
U.S. Office of Personnel Management
CFC Operations – Room 5450
1900 E Street, NW
Washington, DC  20415

Dear Mr. Blair,

On June 5, 2006, we received a letter from Ms. Patermaster [Exhibit 1] finding 27 member agencies of Children's Medical Charities of America (CMCA) eligible for participation in the Fall 2006 Combined Federal Campaign.  Thank you.

Six CMCA members were denied.  CMCA hereby appeals all six denials:

### Allergy and Asthma Network/Mothers of Asthmatics

Allergy and Asthma Network / Mothers of Asthmatics (AANMA) was denied because "Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006."  OPM did not provide a basis for its denial of AANMA's Attachment A but does direct CMCA to "see CFC Memo 2004-10 regarding dissemination of publications."

CMCA respectfully asserts that the previously submitted Attachment A [Exhibit 2A] was sufficient to meet eligibility and that OPM's reviewer conducted an incomplete examination of the data.  Also, by not detailing the specific reasons for its denial of AANMA, OPM has denied the applicant its appeal rights under 5 CFR §950.202(a).  Finally, OPM's denial of this form of distribution of materials is inconsistent with prior approvals by OPM.



EXHIBIT

*C*

*(CMCA Appeal continued – page 2)*

AANMA's previously submitted Attachment A [Exhibit 2A] details program services to 17 states (AK, CA, CO, DC, FL, LA, MD, NE, NV, NJ, NY, NC, PA, TX, UT, VA, WA) substantially similar to those described in OPM's Memo 2004-10 under "appropriate Attachment A formats" which links to OPM Memo 2003-9. OPM Memo 2003-9 provides following description is an example of a "Qualifying Attachment A":

**Colorado**

*October 20, 2001 - Presented at the University of Colorado Health and Wellness Fair. Staff were on-hand to distribute educational information and answer questions from students*

For clarification purposes, AANMA submits an elaboration [Exhibit 2B] of the Attachment A data previously submitted.

Finally, see Exhibit 2C. As detailed in this appeal from 2003, OPM approved Vegan Outreach and Human Farming Associations Attachment A description of services which are distribution of materials via table top fairs. Therefore OPM's denial of AANMA is arbitrary and inconsistent with eligibility findings made for similar documentation.

Based on the above facts, CMCA respectfully requests OPM reverse its decision to deny AANMA.

## Childhood Brain Tumor Foundation

Childhood Brain Tumor Foundation (CBTF) was denied because "Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006." OPM did not provide a basis for its denial of CBTF's Attachment A.

CMCA respectfully asserts that the previously submitted Attachment A [Exhibit 3A] was sufficient to meet eligibility and that the reviewer conducted an incomplete review of the data. Also, by not detailing the specific reasons for its denial of CBTF, OPM has denied the applicant its appeal rights under 5 CFR §950.202(a).

*(CMCA Appeal continued – page 3)*

For clarification purposes and because OPM did not provide a reason for its denial of the previously submitted Attachment A, CBTF submits for OPM an elaboration [Exhibit 3B] of the Attachment A documentation previously submitted.

Based on the above facts, CMCA respectfully requests OPM to reverse its decision to deny CBTF.

## COTA – Children's Organ Transplant Association

COTA – Children's Organ Transplant Association (COTA) was denied because "Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006." OPM did not provide a basis for its denial of COTA's Attachment A.

CMCA respectfully asserts that the previously submitted Attachment A [Exhibit 4A] was sufficient to meet eligibility and that OPM's reviewer conducted an incomplete examination of the data. Also, by not detailing the specific reasons for its denial of COTA, OPM has denied the applicant its appeal rights under 5 CFR §950.202(a). Finally, OPM's denial of this form of distribution of materials is inconsistent with prior approvals by OPM, including substantially identical documentation submitted by COTA last year when it's application was submitted to and approved by OPM as a new member of Children's Charities of America.

Exhibit 4B is a copy of the documentation submitted by COTA for the 2005 CFC. OPM reviewed and approved this documentation as part of its complete review of application materials from all new members to Children's Charities of America, COTA's 2005 CFC federation. Therefore OPM's 2006 denial of COTA is arbitrary and inconsistent with eligibility findings made for substantially identical documentation.

COTA's originally submitted Attachment A this year referenced training sessions during 2003 and 2004 in 33 states and included a list of patients from across the country who received matching grants from the COTA. In case this was not clear to OPM's reviewer, COTA hereby submits clarifying spreadsheets (Exhibit 4C); one that notes not only new patients but those that have received ongoing support during the applicable three year period and a second listing the specific matching grants disbursed to individuals for medical and non-medical expenses.

Based on the above facts, CMCA respectfully requests OPM to reverse its decision to deny COTA.

*(CMCA Appeal continued – page 4)*

### CURE Childhood Cancer in China

OPM denied CURE Childhood Cancer in China (CCC) because it did not submit an "adequate Attachment E" which requires an explanation for rate above 25% and a formal plan to reduce.

CCC's previously submitted Attachment E [Exhibit 5A] is attached along with CCC's appeal submission [Exhibit 5B] that elaborates on the previously submitted explanation and plan to reduce. CMCA and CCC respectfully request that OPM review the submitted materials and reconsider its denial of a one-year overhead waiver for CCC.

### Heartspring

Heartspring was denied because "Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006." OPM did not provide a basis for its denial of Heartspring's Attachment A.

CMCA respectfully asserts that the previously submitted Attachment A [Exhibit 6A] was sufficient to meet eligibility and that OPM's reviewer conducted an incomplete examination of the data. Also, by not detailing the specific reasons for its denial of Heartspring, OPM has denied the applicant its appeal rights under 5 CFR §950.202(a). Finally, OPM's denial of this form of distribution of materials is inconsistent with prior approvals by OPM.

Heartspring's previously submitted Attachment A [Exhibit 6A] details program services to 18 states (AZ, CA, CO, FL, GA, HI, IL, IN, KS, MD, MO, NJ, NY, OK, PA, TN, TX, WA) substantially similar to those described in OPM's Memo 2004-10 under "appropriate Attachment A formats" which links to OPM Memo 2003-9. OPM Memo 2003-9 provides following description is an example of a "Qualifying Attachment A":

> **Colorado**
>
> *October 20, 2001 - Presented at the University of Colorado Health and Wellness Fair. Staff were on-hand to distribute educational information and answer questions from students*

*(CMCA Appeal continued – page 5)*

For clarification purposes, Heartspring submits an elaboration [Exhibit 6B] of specific Attachment A data previously submitted regarding the services provided at Heartspring's school for children.

Also, we again refer to see Exhibit 2C above. As detailed in this appeal from 2003, OPM approved Vegan Outreach and Human Farming Associations Attachment A description of services which is distribution of materials via table top fairs. Therefore OPM's denial of Heartspring is arbitrary and inconsistent with eligibility findings made for similar documentation.

### Songs of Love Foundation

OPM denied Songs of Love Foundation (SOL) because it did not submit an "adequate Attachment E" which requires an explanation for rate above 25% and a formal plan to reduce.

SOL's previously submitted Attachment E [Exhibit 7A] is attached along with SOL's appeal submission [Exhibit 7B] that elaborates on the previously submitted explanation and plan to reduce. SOL's overhead percentage is negatively affected by an in-house vehicle donation program. The program is self-sustaining however and any future funds from other sources, including the CFC, will not go towards the administration of the vehicle program.

CMCA and SOL respectfully request that OPM review the submitted materials and reconsider its denial of a one-year overhead waiver for SOL.

Thank you very much for considering these appeals.

Respectfully,

Sherry Raynor
President

Cc:     Mac Canter, Copilevitz & Canter, L.L.C.

Encl.   Exhibits 1-7B



**UNITED STATES**
**OFFICE OF PERSONNEL MANAGEMENT**
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

JUL 17 2006

Ms. Sherry Raynor
President
Children's Medical Charities of America
21 Tamal Vista Boulevard, Suite 209
Corte Madera, CA 94925

Dear Ms. Raynor:

Pursuant to the authority delegated by the Director of the U.S. Office of Personnel Management (OPM), Linda M. Springer, I have completed a review of Children's Medical Charities of America's appeal on behalf of six member organizations to be listed as national/international agencies for the 2006 Combined Federal Campaign. I am approving the participation of the Childhood Brain Tumor Foundation, Children's Organ Transplant Association. I am sustaining the decision to deny the applications of Allergy and Asthma Network/Mothers of Asthmatics, CURE Childhood Cancer in China, Heartspring, and the Songs of Love Foundation. The total number of member organizations approved for participation with your federation is 29. The federation is assigned CFC series #9250.

Eligibility criteria regulations for CFC national organizations are set forth at 5 CFR §950.202 and §950.203. These regulations require that national and international applicants provide a schedule of real services, benefits, assistance, or program activities in at least 15 or more different states or one foreign country within the three year period immediately preceding the start of the campaign year to which it is applying.

Allergy and Asthma Network/Mothers of Asthmatics' application provided information on services provided in a number of states. However, we were only able to identify eight states where qualifying services, such as presentations and advocacy activities, occurred. The remaining states detailed representatives' attendance at meetings and/or the dissemination of materials, neither of which are considered a real service for CFC eligibility purposes. See CFC Memorandum 2004-10 (www.opm.gov/cfc) for additional information.

The CFC regulations also provide how to calculate the administrative and fundraising rate (AFR). They state that if the national applicant's administrative and fundraising expenses exceed 25 percent, then it must provide an explanation and formal plan to reduce these expenses below 25 percent.



ALL-STATE LEGAL®    **EXHIBIT**

**D**

CON 131-64-4

Ms. Sherry Raynor
Page 2

OPM may reject an application with fundraising and administrative expenses in excess of 25 percent, unless the organization demonstrates that its explanation and formal plan are reasonable under the circumstances. Both CURE Childhood Cancer in China and the Songs of Love Foundation failed to provide an adequate plan for reduction of their rates.

Finally, we bring to your attention that the original Attachments A for Heartspring, Childhood Brain Tumor Foundation and Children's Organ Transplant Association did not include detailed descriptions of the real services, benefits, assistance, or program activities provided in at least 15 different states or one foreign country. In most cases, the descriptions of services for each state included repetitive text that made it difficult for OPM to determine the activity that occurred in each location. Information contained in the appeals for CBTF and COTA enabled OPM to find real service in at least 15 states. In the future, the submission of applications that do not include a clear showing of actual services or benefits provided by the member organization may result in a denial. See CFC Memorandum 2004-10 for additional information.

The Office of CFC Operations will be contacting you (info@childrenmedical.org) with instructions on how to provide the 25-word statement that will appear with your federation's listing in the 2006 CFC brochure.

Best wishes for a successful 2006 campaign.

Sincerely,

Dan G. Blair
Deputy Director

This page can be found on the web at the following url:
http://www.opm.gov/cfc/opmmemos/2004/2004-10.asp

# Office of Personnel Management
### The Federal Government's Human Resources Agency

*Working for America*

 **Donors**    **Campaigns**    **Charities**

## Combined Federal Campaign



---

*Disasters Emergencies*

**Search CFC:**

[ Submit Query ]

□ Welcome
□ Top of the News
□ Search Options
□ Contacts
□ Accountability
□ Regulations and Guidance
□ Charity Qualifications and Materials
□ Campaign Results, Trends and History
□ FAQs
□ Glossary
□ Archives
□ Email CFC
□ FIRSTGOV

# CFC MEMORANDUM 2004-10

September 1

**FROM:**    **MARA T. PATERMASTER**
              **DIRECTOR**
              **OFFICE OF CFC OPERATIONS**

**SUBJECT:** **GUIDANCE ON 2005 CFC ELIGIBILITY REQUIREMENTS FOR**
              **NATIONAL/INTERNATIONAL FEDERATIONS AND UNAFFILIA**
              **ORGANIZATIONS**

Attachment A: Year of Service in Each State or Country; Standardized Formats; Use of Lists; Visitors to Memorials; Scholarships and Fellowships; Distribution of Publications; Members' Residence; Web-based Services

Attachment D: Accrual Based Accounting; Separate Schedule for Combined or Consolidated Audit; Reconciliation

Attachment E: Board Compensation on IRS Form 990; 0% AFR

Attachment F: AFR exceeding 25% Explanation and Formal Plan

Attachment G: Compensated Staff Member Who Also Serves on Board; Board Members' Terms of Office and Meeting Dates and Locations; Annual Report; Federation Dues/Fees

This memo clarifies eligibility requirements for participation in the 2005 National/International Combined Federal Campaign (CFC). Information containe this document clarifies and reiterates guidance previously issued in CFC Memor 2000-7, 2000-10, 2001-2, 2002-10, 2002-13 and 2003-9.

Please note that guidance regarding the requirements for compliance with the ( anti-terrorism certification is not part of this guidance. Anti-terrorism certificati guidance will be issued separately.

EXHIBIT
**E**
ALL-STATE LEGAL®

OPM encourages representatives of participating charities and prospective appli
organizations to attend its CFC orientation sessions. These sessions held an
in the fall, in Washington DC. CFC Operations staff are always willing to respon
questions about the application process and to discuss issues identified.

New national/international federations must submit the complete applications o
member charities, including each organization's administrative and fundraising
Federations that participated in the prior year's campaign must submit a compl
application for each new member and each member previously denied participa
the CFC.

## Attachment A - Statement of Real Services, Benefits, Assistance or Program Activities

### Applicant Must State the Year in which Each Service was provided in Ea State or Country

The CFC regulations at 5 CFR § 950.202(a) require applicants to provide a sche
listing those states (minimum 15) or the foreign countries (minimum 1) where
program activities have been provided over the three year period immediately
preceding the start of the campaign application year and a detailed description
those activities. This schedule is required as Attachment A to the application an
be provided in addition to the annual report, and other documents or publicatio
may accompany the application.

The applicant is required to use Attachment A to establish a "clear showing "of
services provided. General statements on the Attachment A, such as "over the
three years " or "during the years 2001-2003 " accompanied by a listing of ser
lack the detail necessary for OPM to determine whether organizations have met
requirement.

Beginning with the 2005 campaign, Attachment A of the national/international
applications must include the **year** in which each real service, benefit, assistan
program activity was provided in **each state or foreign country**. **Failure to** the year of the service in the state or country will result in denial of CF
participation.

Suggestions for appropriate Attachment A formats are available at
http://www.opm.gov/cfc/opmmemos/2003/2003-9Att1.asp and are attached to
Guidance Memorandum.

### Use of Standardized Formats and Checklists

An increasing number of applicants rely on the use of standardized formats and
checklists to describe the real services, benefits, assistance, or program activiti
their organizations provided in the past three years. Some applicants use stand
listings of service categories which an organization may "check-off " to indicate
services provided in each state. Associated with such checklists has been a ten
to replicate the identical narrative description of services for each of the states
which the organization is claiming to have provided services. In some cases, th
unique information provided is a number indicating how many persons the
organization claims to have served in each state.

OPM relies on the integrity of the information in Attachment A to assure federal
that the participating charities have met CFC accountability standards. In some
instances, the use of broad descriptions of services, benefits, assistance or prog
activities and/or descriptions that replicate the identical information for each st
which service is claimed does not adequately allow OPM to determine that the
services, benefits, assistance or program activities were provided or to accurate
determine the individuals or entities who benefited.

Use of standardized formats and the accompanying level of descriptive detail va
among applicants. OPM will exercise discretion in ascertaining whether a standa
format or checklist provides sufficient detail to enable a judgment that an appli
has sufficiently demonstrated its provision of real services.

### Use of Lists (i.e. member listings/affiliated or support group listings)
Providing listings of affiliated support groups and members or a breakdown of
attendees, by state, at an annual conference, in itself, is not a sufficient
demonstration of real services, benefits, assistance or program activities requir
national eligibility. In addition, providing the location of residence of organizatic
members, alone, does not meet the eligibility criteria.

### Memorials, Museums, Public Recreation Facilities, etc.
Listing the names and addresses of an organization's members or visitors to a f
does not satisfy national eligibility criteria. Each applicant must make a clear sh
of the actual services, benefits, assistance, or program activities provided in ea
state or foreign country.

### Scholarships and Fellowships/Mentorships
Organizations that issue student scholarships or sponsor fellowships/mentorshi
indicate the state in which the recipients reside, not the state where the school
mentor is located.

### Distribution of Publications
The dissemination of information and publications, alone, does not meet the na
eligibility criteria.

### Web-based Services
National/International CFC applicant organizations which rely substantially on w
based services must comply with the national eligibility and public accountabilit
standards at 5 CFR § 950.202 and 950.203.

**In addition, the Office of CFC Operations requires web-based service
organizations to document proof that a service was actually provided o
the website as a part of their application.**

Acceptable supporting documentation shall consist of:

1. service logs or other records indicating the **geographic distribution of**
   and the **scope of services received**; or
2. any two of the following three items:
   o Evidence that recipients, including members of the general public,
     paying members or affiliate organizations, have **registered** for us
     the website;
   o Summary reports that document **customer feedback,** through se
     satisfaction or utilization surveys or other mechanisms;
   o Documented evidence that recipients of web-based services **paid**
     for the service.

Reports that only reflect the number of hits to a website are **not acceptable** e
of real services on Attachment A.

## Attachment D - Audited Financial Statements

### Accrual Based Accounting Required
Organizations seeking National/International CFC eligibility are required to acco

their funds in accordance with Generally Accepted Accounting Principles (GAAP) requires an accrual based accounting system. Both the IRS Form 990 and the a financial statements must be prepared using the accrual method. National/International CFC eligibility will be denied for organizations using any i of accounting other than the accrual basis, including the cash basis, modified ca basis, and modified accrual basis of accounting.

**Separate Schedule Required for Combined and Consolidated Audits**
Combined and consolidated audits are not accepted unless the applicant's finan information is reflected in a separate audited combining or consolidating schedu breaks out the information for the applicant.

**Reconciliation of Audited Revenues and Expenses with IRS Form 990**
Organizations applying for National/International CFC participation must submit annual audit of fiscal operations as described at 5 C.F.R. § 950.203(a)(2). The must cover the same fiscal period as the IRS Form 990. Reconciliation stateme purport to reconcile a cash-based IRS Form 990 with an accrual-based audited financial statement will not be accepted because both must be prepared using t accrual method.

If revenue and expenses on the audit and the IRS Form 990 differ, these amou must be reconciled either on the IRS Form 990, Parts IV-A and IV-B, or in an accompanying signed statement by the certified public accountant who complet audit. If the CPA who completed the audit is not available, it is acceptable to us another CPA within the same firm to provide the reconciliation and signed state

Organizations have asked whether a certified public accountant (CPA) must per the reconciliation if it is not completed in the IRS Form 990, or whether a finan manager within their organization can perform the reconciliation. The reconcilia must be performed in an accompanying signed statement by the CPA who comp the audit if:

- Line 12 (revenues) or Line 17 (expenses) of IRS Form 990 Part I are **dif** from total revenues or expenses set forth on the audited financial statem and Part IV-A and/or Part IV-B **are not completed**; or
- Line 12 (revenues) or Line 17 (expenses) of IRS Form 990 Part I are **dif** from total revenues or expenses set forth on the audited financial statem and **the figure stated on Line a** of IRS Form 990 Parts IV-A or IV-B is **different** from total revenues or expenses set forth on the audited finan statements.

The only instance when an organization's management may provide a clarificat Line 12 or Line 17 of Part I, or Line a of Parts IV-A and/or IV-B do not equal th revenues or expenses in the audited financial statements because certain categ revenues or expenses on the audited financial statements have to be added tog to equal the totals in the IRS Form 990.

We understand that certain categories of revenues and expenses on the audite financial statements may have to be added together to equal the total revenue expenses that are listed on the IRS Form 990, either on Lines 12 and 17 of Par on Line a of Part IV-A and IV-B. For example, categories of revenues and exper such as unrestricted, restricted or changes in temporarily restricted net assets have to be added together to equal the amounts in the IRS Form 990. If this is case, an appropriate management representative (e.g. officer, director, trustee chief financial officer) may provide an explanation of the calculation and catego that were used in arriving at the totals on the IRS Form 990. **This explanatior should accompany the financial documents in the application as it is originally filed with OPM.**

## Attachment E ~ IRS Form 990

Except for smaller organizations that file the IRS Form 990EZ, organizations mu attach a complete IRS Form 990 as part of the CFC application as required by 5 §950.203(a)(3). A complete IRS Form 990 includes all six pages, including a si on page six in the box marked "Signature of Officer," all statements referenced Form, and Schedule A. Organizations filing IRS Form 990EZ may submit the 99 together with pages 1 and 2 of Form 990 in place of a complete Form 990.

### Board Compensation Must be Set Forth in IRS Form 990

Part V of the IRS Form 990 requires the charity to include a "List of officers, dir trustees, and key employees (List each one even if not compensated)." An organization's IRS Form 990 that does not include a list of the officers, Board o Directors, trustees and key employees, and their compensation, if any, is incon and will result in a denial.

### 0% Administrative and Fundraising Rate

Organizations which do not reflect administrative and fundraising expenses on Form 990 but show such expenses on the audited financial statement will be de unless the audited financial statements specifically state that these services we donated.

## Attachment F - Administrative and Fundraising Expenses

### Administrative and Fundraising Rate Exceeding 25% Explanation and F Plan

The CFC regulations at 5 CFR §950.203(a)(4)(i) require that organizations with administrative and fundraising rates (AFR) exceeding 25% provide, as Attachm an explanation and formal plan to reduce these expenses below 25%. The **explanation** must include a full discussion of the reason(s) that the organizatic AFR exceeded 25%. The **formal plan** for reducing the AFR must relate to the explanation and must be reasonable under the circumstances. The formal plan demonstrate that the organization has **established a clear objective(s)** as to to reduce the AFR, and has **taken steps to implement the objective.** The pl should include the time frame during which it is anticipated that an AFR below will be obtained.

The Office of CFC Operations will consider the degree to which the AFR exceeds in determining whether the plan is reasonable under the circumstances. For organizations that have participated in the CFC in prior years, the Office of CFC Operations will additionally consider the organization's AFR during prior campai years as a factor in determining whether the formal plan is reasonable under th circumstances.

## Attachment G - Annual Report

### Compensated Staff Member who Also Serves on Board is Compensated

CFC regulations at 5 CFR §950.203(a)(5) require an organization seeking CFC eligibility to certify that it is directed by an active and responsible governing bo whose members have no material conflict of interest and a majority of which se without compensation. The regulation does not distinguish between compensat staff member where that staff member additionally serves on the Board, and compensation as a Board member in consideration for performing Board work. interprets its CFC regulation to mean that a paid staff member who serves on t Board is a compensated member of the Board, even if the staff member is not I compensated for performing Board work.

**Board Members' Terms of Office and Meeting Dates and Locations**

Every applicant must provide, as part of Attachment G, its Board members' term office and meeting dates and locations in the previous year. Copies of the organization's bylaws are not acceptable substitutes for specific terms of office. Further, information on board members' terms of office and meeting dates and locations must represent the calendar or fiscal year immediately preceding the campaign year for which the organization is applying. This information does not to be part of the applicant's published annual report, but must be included with application. In prior years, OPM had requested this information in support of the certification that the organization is governed by an active and responsible board CFC Memorandum 2000-10. **Commencing with the 2005 CFC, failure to pr Board members' terms of office as well as Meeting Dates and Locations Board Meetings will result in a denial.**

**Annual Report - Contents Must Describe Activities During Year Covered**

Annual reports or their substitutes (as defined in CFC regulations) must include description of the organization's services or activities during the year covered b report and identify the Board of Directors and chief administrative personnel. O not accept annual reports that contain only a description of mission and goals c historical information about services and activities without a defined timeframe

**Disclosure of Federation Dues/Fees in Annual Report**

Each Federation is required to include, in its annual report that is made availab the public, a statement that sets forth details regarding member dues and/or s fee arrangements with its member organizations. See CFC Memorandum 2002-

If you have questions or comments regarding this guidance, please send them electronic mail to cfc@opm.gov.

---

CFC Main | Other CFC Memos

---

Office of Personnel Management                                                      Site Inde
1900 E Street NW, Washington, DC 20415-1000 | (202) 606-1800 | TTY (202) 606-2532

Contact Us | Important Links | Forms | FAQ's | Products & Services

This page can be found on the web at the following url:
http://opm.gov/cfc/opmmemos/2003/2003-9.asp

# Office of Personnel Management
## The Federal Government's Human Resources Agency

*Working for America*

 **Donors**     **Campaigns**     **Charities**

Combined Federal Campaign 

---

**Disasters Emergencies**

**Search CFC:**

[ Submit Query ]

- Welcome
- Top of the News
- Search Options
- Contacts
- Accountability
- Regulations and Guidance
- Charity Qualifications and Materials
- Campaign Results, Trends and History
- FAQs
- Glossary
- Archives
- Email CFC
- **FIRSTGOV**


**EXHIBIT**
**F**
ALL-STATE LEGAL®

## CFC MEMORANDUM 2003-09

**TO:**      **HEADS OF NATIONAL FEDERATIONS, LOCAL FEDERATIONS A UNAFILIATED CHARITIES**

**FROM:**   **MARA T. PATERMASTER**
            **DIRECTOR OF CFC OPERATIONS**

**SUBJECT: CFC APPLICATIONS AND USE OF STANDARD FORMATS AND CHECKLISTS FOR DOCUMENTING SERVICE REQUIREMENTS**

Our recent review of 2003 CFC applications found a problem with the use of ch and standardized formats used to describe services, benefits, assistance and pr activities provided by a number of organizations. The purpose of this guidance advise that the use of such formats and checklists may substantially affect an applicant's ability to provide the necessary clear showing of real services, benef assistance or other program activities in any state as required by Attachment A CFC application. As such, an application using such methods may not meet the requirements of 5 CFR §950.203 (a)(5) in future CFCs.

National organizations and federations must demonstrate that real services, be assistance or other program activities are provided in at least 15 states or one country. An increasing number of applicants rely on the use of standard listings service categories which an organization may "check-off" to indicate the service benefits, assistance or program activities provided in each state. Associated wit checklists has been a tendency to replicate the identical narrative description of services for each of the states in which the organization is claiming a presence. some cases, the only unique information provided is a number indicating how n persons the organization claims to have served in each state.

The use of broad descriptions of services, benefits, assistance or program activ and/or descriptions that replicate the identical information for each state in whi service is claimed does not adequately allow OPM to determine that the real ser benefits, assistance or program activities were provided or to accurately detern number of individuals or entities to whom these were delivered.

Each year, in the fall, OPM sponsors an orientation session for participating cha and prospective applicants. See examples used for training purposes which illus

---

the clear showing of services, benefits, assistance or program activities as requ
Attachment A.

Each year, in the fall, OPM sponsors an orientation session for participating cha
and prospective applicants. Enclosed is a copy of examples used for training pu
which illustrate the clear showing of services, benefits, assistance or program
activities as required in Attachment A.

As you know, CFC Operations staff is always willing to respond to questions abo
application process and discuss any issues identified.

Thank you for your attention to this matter.

Office of Personnel Management                                                          Site Inde:
1900 E Street NW, Washington, DC 20415-1000 | (202) 606-1800 | TTY (202) 606-2532

Contact Us | Important Links | Forms | FAQ's | Products & Services



**Animal Charities of America**

VIA FACSIMILE  202/606-5056
7 Pages TOTAL

April 25, 2003

Mr. Dan G. Blair
Deputy Director of the Office of Personnel Management
U.S. Office of Personnel Management
CFC Operations – Room 5450
1900 E Street, NW
Washington, DC 20415

Dear Mr. Blair:

We hereby submit this Addendum to our appeal, dated April 22, 2003, and received by OPM. CFC regulations allow appeals to be submitted up to 10 business days from receipt of denial letter. ACA received OPM's denial letter on April 11. Therefore today, April 25, is the tenth and final day for ACA to appeal.

This addendum regards OPM's denial of Vegan Outreach. Documentation directly relating to the appeal of Vegan Outreach has been uncovered. It must be submitted for OPM to have a complete set of circumstances in this case.

The exact language submitted earlier is quoted here, the addendum language follows:

*(quoted from April 22, 2002 ACA appeal)*

**Vegan Outreach**

Vegan Outreach was denied because it "did not demonstrate that it has provided real services, benefits, assistance or program activities in 15 or more different states or a foreign country over the previous three years." Ms. Patermaster's letter goes on to state that the "distribution of pamphlets… is not a demonstration of national presence." ACA respectfully asserts that OPM's Attachment A review was incomplete and inconsistent.

OPM's opinion that this organization's service is not a demonstration of national presence is an incomplete and inconsistent review of the facts. VO uses on-site volunteers to conduct public education, and OPM approved this as a CFC eligible health and human welfare statement [Exhibit I]. VO demonstrates this OPM-approved service by listing the state, dates, volunteers by name and level of public education provided (in the form of brochures distributed to represent attendance). This proof of service data (Exhibit J – dates, sites, volunteers, attendance) is consistent with OPM guidance included in 2000-7 and 2002-10, and therefore, OPM's finding is not supported by 5CFR§950.202(a).

EXHIBIT

G

ALL-STATE LEGAL®

For clarification purposes, the organization has provided a narrative describing the reach and importance of their programs. [Exhibit K]

Based on the above facts, Vegan Outreach's Attachment A does meet 5CFR§950 202(a), and we ask that the decision to deny be reversed.

*(end quote of ACA April 22, 2002 appeal)*

## ADDENDUM Vegan Outreach

Furthermore, OPM's denial of Vegan Outreach is arbitrary and inconsistent with eligibility findings made for similar documentation. Exhibit M is the OPM reviewed and approved Attachment A for Humane Farming Association (HFA). It specifically states HFA's sole service to five states (Georgia, Michigan, New York, Minnesota and New Hampshire) as distribution of materials at concerts and schools. Without OPM's approval of these five states, HFA does not have the required 15 states necessary to meet Attachment A requirements. This approval directly contradicts OPM's reviewer's finding for Vegan Outreach that "distribution of pamphlets... is not a demonstration of service." Therefore OPM has approved substantially identical services for one member of this federation while denying the same service to another member.

Because of the above fact, we again ask that the decision to deny Vegan Outreach be reversed.

Thank you for this considering this addendum to our initial appeal.

Respectfully,

Sue Murphy
President

CC: Mac Canter, Esq., Copilevitz & Canter, L.L.C

Encl. Exhibit M

2

# THE HUMANE FARMING ASSOCIATION

*Protecting Human Health and Animal Welfare*

## ATTACHMENT A

Since its incorporation in 1985, The Humane Farming Association (HFA) has provided real benefits, services, assistance, and program activities throughout the United States. The following case write-ups are a partial listing of HFA's activities within the last three years.

HFA is registered in the following states: California, Connecticut, Florida, Illinois, Massachusetts, Maryland, Minnesota, Michigan, New Jersey, New York, Ohio, Oregon, Pennsylvania, South Carolina, Virginia, Washington, Wisconsin, and West Virginia.

### HFA's CAMPAIGNS TO STOP FACTORY FARMING

- HFA provides expert advice, educational materials, and ongoing phone and investigative support to individuals and coalitions of environmental, human health, and animal welfare organizations working to stop factory farms.

**IBP -- World's Largest Meat Packer - Caught *Red-Handed* - Washington:** During 2000, HFA set in motion events that are unprecedented in the history of animal protection in the United States. After a year-long investigation, HFA successfully captured on tape some of the most heart-breaking and outrageous evidence of animal abuse imaginable. HFA also obtained sworn affidavits from seventeen of IBP's workers documenting and confirming how animals at IBP have been systematically subjected to torture.

Below we've listed just some of the violations of state and federal law that HFA caught on tape:

• Struggling cows being hoisted upside down and butchered — *while still alive.*

• Cows being repeatedly hit with ineffective stunning devices.

• Cows being trampled as IBP workers force other cattle to run over them.

• Disabled cow being chained at the neck and dragged into knocking box.

• Cow tormented and repeatedly shocked with electric prods. Workers shown shoving electric prod into a cow's mouth.

IBP is now facing potential criminal charges for violations of state and federal law. Members in **Washington, Florida, California,** and **Alaska** have co-sponsored full-page ads in their local newspapers to publicize the atrocities committed at the world's largest meat packing plant.

**Coalition to Stop Factory Pig Farm - South Dakota:** HFA has been aggressively working to stop a massive hog factory farm on the Rosebud Sioux tribal lands in South Dakota. If allowed to proceed, this operation would become the third largest hog factory farm in the world. HFA recently scored a major legal victory in our battle to stop construction of this facility.

1550 CALIFORNIA STREET • SUITE 6 • SAN FRANCISCO • CA 94109
TELEPHONE (415) 485-1495

Recycled Paper

EXHIBIT
H

ALL-STATE LEGAL®

HFA won the first round of this legal battle when the government conceded that the Bureau of Indian Affairs did not comply with environmental protection laws in granting the farm's lease. But in round two, the factory farm corporation went to court and was granted an order allowing it to continue construction. Fortunately, HFA prevailed yet again in April 2002 when the U.S. Circuit Court of Appeals struck down the previous court order protecting the mega-farm's operation. In short, this landmark ruling has now effectively halted construction after only two (out of a proposed thirteen) sites had been completed. The fight to stop Bell Farms is the most significant battle against hog factory farming taking place in the United States.

**Pollution and Environmental Devastation Caused by Hog Factory Farms:** Worked with the non-profit aviation service Southwings by providing documentation and HFA's exclusive, undercover footage to assist in their campaigns to help educate the media, policy decision makers and the public regarding environmental problems caused by factory farming. Southwings is headquartered in Chattanooga, **Tennessee**, Asheville, **North Carolina**, and **Virginia**.

PARTNERSHIP WITH HUMANE AGENCIES
- HFA has developed a unique partnership with a number of humane agencies and law enforcement services to provide expert advice and support for farm animal abuse cases. For farm animals confiscated as a result of animal cruelty cases, HFA offers placement at our Farm Animal Refuge. The fact that HFA stands ready to provide both temporary and permanent care encourages law enforcement agencies to use their legal authority to confiscate abused farm animals and remove them from cruelty.

**Factory Farmer Animal Cruelty Case – Washington:** In March 2000, HFA worked with animal activists in Washington State in the successful relocation of more than 200 factory-farmed hens rescued in a massive starvation case. Keith Amberson, owner of Amberson Egg Farms, allegedly starved thousands of chickens to death at his farm. Animal control officers found decaying chicken carcasses piled on top of each other; manure almost knee deep; and rats slithering through the entire heap. The squalid conditions resulted in the deaths of thousands of chickens. Snohomish County Sheriff's Department were able to rescue many of the remaining birds and remove them from the facility. HFA worked with humane officers and animal activists and took in over 200 of the rescued birds at Suwanna Ranch.

**Factory Farmer Animal Cruelty Case – Massachusetts:** HFA worked with the Massachusetts SPCA to rescue and provide life-long homes to nearly 200 hens and roosters in October of 2001. The MSPCA was involved in a sting operation where a live animal butcher shop was raided and hundreds of animals were found dead or dying. The remaining animals were confiscated and the butcher shop was closed. Shortly thereafter, having no other refuge willing to take in the many red cross hens and silkie roosters and hens, MSPCA worked with HFA in transporting the birds cross-country to HFA's Suwanna Ranch.

**Animal Rescue – California –** HFA worked with the UC Davis wild animal release program in April of 2001. An injured eagle which was rehabilitated at UC Davis was released on the grounds of Suwanna Ranch.

**Animal Rescue – California** – August, 2002. HFA provided rescue assistance in an animal abandonment case in Orland, California. The injured, rescued goats were relocated to Suwanna Ranch and rehabilitated. They will live the remainder of their natural lives at the Ranch.

**Animal Rescue – Pennsylvania** – November, 2001. A week-long investigation into a suspected cockfighting operation in Lancaster, PA, led a Humane League officer to charge Pablo Garcia with neglecting six roosters. The roosters were found in February, 2001, after Lancaster city police went into the basement of the apartment building in which Garcia lived. The 25-square foot cement floor basement was filled with garbage, human and animal feces and a decomposing rooster. A make-shift five square foot cockfight pit was built in the center of the basement. Keeping roosters for the purpose of using them in cockfights is illegal in 47 states, including Pennsylvania. Cockfights are held in secret locations and usually result in the death of one, if not both, of the roosters. After an intensive search to find a refuge to take in the confiscated birds, HFA was contacted and participated in the successful relocation of one of the cockfighting roosters to Suwanna Ranch.

### HFA'S EDUCATION AND INFORMATION PROGRAM: PROTECTING HUMAN HEALTH, ANIMAL WELFARE AND THE ENVIRONMENT

- HFA donates and makes available educational materials (including brochures, books, videotapes, and posters) to activists across the nation. These materials are critical tools for lectures, demonstrations, and other educational events (i.e. vegetarian awareness and improving the quality of school lunch programs). HFA also makes available staff members either by phone or in person for these events. And each year, HFA works one-on-one with thousands of callers searching for alternatives to factory farmed products and advice on how to improve their dietary habits.

**Kansas** – HFA donated 10 copies of "Slaughterhouse" to an independent group in Lawrence, Kansas. HFA is supporting the group with other information and materials in an action/demonstration vigil at the notorious IBP meatpacking plant in October of 2002.

**South Carolina** – HFA donates over 500 copies of its brochure, *Bringing Home the Bacon: A Look Inside the Pork Industry,* to a member who distributes the brochures and has a public showing of HFA's award-winning documentary *The Pig Picture* in an effort to keep a factory pig farm out of her community (February, 2002).

**Colorado** – HFA member distributes HFA brochures during a weeklong tabling event for the Great American Meatout (March, 2002).

**Georgia** – HFA member distributes hundreds of donated brochures while tabling for an Earthday event (April, 2002).

**Michigan** – HFA assisted a member in organizing a week-long volunteer experience for animals for students during Spring Break (2002).

YOUTH HUMANE EDUCATION

- Another aspect of HFA's overall program is to educate young people through its Youth Humane Education Program. This program provides children with a look at humane farm animal treatment and serves as an antidote to propaganda distributed by the factory farm industry. HFA has donated our materials to classrooms across the country and regularly works with educators in developing curricula focusing on the health dangers, environmental devastation, and the rampant animal abuse of factory farming.

**New York** – HFA donates educational booklets for the William H. Maxwell Vocational High School Library in Brooklyn (May, 2002).

**Minnesota** – HFA member distributes 30 donated educational booklets to the Hermantown Elementary School library (January, 2002).

**New Hampshire** – HFA donates educational booklets to the Merrimack School District, at the request of the director of Library Services there (February, 2002).

SPEAKERS' BUREAU

- HFA makes available members of its staff and investigative team to conferences, radio programs, and special events throughout the United States. In the last year alone, HFA's Chief Investigator Gail Eisnitz appeared on numerous radio talk shows discussing the findings of her undercover investigative work detailed in *Slaughterhouse*. These national broadcasts have been instrumental in informing consumers of the dangers of consuming meat coming out of our nation's slaughterhouses. A partial listing of Gail's live appearances follows.

**CONNECTICUT:**

Presentation on slaughterhouses/hog production to New England Vegetarian Conference, Vernon, April 27, 2000. Approximately 250 people attended.

**DISTRICT OF COLUMBIA:**

Press Conference announcing USDA petition at National Press Club – Washington, June 13, 2001. 40 members of media attended.

**MARYLAND:**

Presentation on slaughterhouses/hog production to Fourth Annual Poplar Spring Conference, Poolesville, September 30, 2001. Approximately 400 people attended.

**TEXAS:**

Presentation on slaughterhouses to Vegetarian Society of El Paso, May 13, 2000. Approximately 75 people attended.

**NEW YORK:**

Presentation on slaughterhouses/hog production to Pace University Law School, April 8, 2000. Approximately 200 people attended.

Presentation on slaughterhouses to annual Friends of Animals conference (Animals, Nature, and the New Millennium), New York City, September 30-October 1, 2000. Approximately 125 people attended.

Presentation on slaughterhouses to Seventh Annual Conference on Animals and the Law, the Association of the Bar of the City of New York, September 29, 2001. Approximately 125 people attended.

Met with former New York city mayor Edward Koch to discuss slaughterhouse abuses, September 28, 2001.

**WASHINGTON:**

Press Conference exposing IBP violations – Seattle, May 31, 2000. 25 attendees

HFA's National Director, Bradley Miller, spoke at the Summit for the Animals in **Maryland** (60 attendees in the Spring of 2002), and the Gateway for Compassion Conference in **Missouri** in 2001 (200 attendees).

This page can be found on the web at the following url:
http://www.opm.gov/cfc/html/cal2005-2006.asp

# Office of Personnel Management

The Federal Government's Human Resources Agency



    **Donors**    **Campaigns**    **Charities**

# Combined Federal Campaign

   

*Disasters/Emergencies*

## 2005/2006 Calendar of Events

**Search CFC:**

2005/2006 | 2004/2005 | 2003/2004

Submit Query

- Welcome
- Top of the News
- Search Options
- Contacts
- Accountability
- Regulations and Guidance
- Charity Qualifications and Materials
- Campaign Results, Trends and History
- FAQs
- Glossary
- Archives
- Email CFC

FIRSTGOV

| Date | Event |
|---|---|
| September 1 - December 15, 2005 | 2005 Combined Federal Campaign official solicitation period. -- 5 CFR §950.102(a) |
| September 15, 2005 | Deadline for LFCCs to send copies of the CFC Audit Guide reports and supporting documentation to OPM. |
| December 1, 2005 | 2006 PCFO financial information for payroll disbursements due to OPM. |
| December 1, 2005 | OPM will begin to accept 2006 National/International applications |
| December 8, 2005 | 2006 CFC National/International Application Training |
| December 15, 2005 | OPM transmits listing of PCFO financial information to payroll offices for disbursements made during the 2006 pay year. |
| December 15, 2005 | Recommended deadline for LFCC decisions on 2006 campaign mergers and expansions. |
| January 13, 2006 | Recommended deadline for LFCC to advertise for 2006 PCFO applications via Public Notice. (Regulatory deadline is February 1.) The application period must be open a minimum 14 calendar days, but it is recommended that it remain open for 30 calendar days. -- 5 CFR §950.104(c) |
| January 31, 2006 | Closing date for National/International applications (Must be received in CFC Office no later than 5:00pm EST. Late |


EXHIBIT
I
ALL-STATE LEGAL®

| | |
|---|---|
| | applications will not be considered.) |
| February 1, 2006 | Regulatory deadline for LFCC to advertise for 2006 PCFO. |
| February 15, 2006 | Recommended deadline for 2006 PCFO Applications to the LFCC. |
| March 8-11, 2006 | CFC Regional Workshop – Ft. Lauderdale, FL |
| March 13, 2006 | Recommended opening date for 2006 local applications. (Recommended date only - LFCCs may determine the application period dates for their individual campaign-however, all local application decisions must be completed by the LFCC no later than May 5, 2006.) |
| March 15, 2006 | Deadline for LFCCs to select a PCFO - 5 CFR §950.801(a)(3) |
| March 15, 2006 | Deadline for PCFOs to mail to designated agencies the names and addresses of 2005 donors who wish to receive acknowledgement of their gift. -- 5 CFR §950.601(c) |
| March 15, 2006 | Deadline for PCFOs to mail designation or "accounting" letters to designated charities and/or federations. - 5 CFR §950.601(c) |
| March 24, 2006 | Deadline for Submission of Form 1417 to OPM. |
| April 1, 2006 | Deadline for Large CFCs (More than $500,000 in receipts) to begin 2005 disbursements. - 5 CFR §950.901(i)(2) |
| April 9-12, 2006 | CFC Regional Workshop - Palm Springs, CA |
| April 14, 2006 | Recommended closing date for 2006 Local applications |
| May 5, 2006 | Recommended date for LFCC to notify local organizations of eligibility decisions in writing. -- 5 CFR §950.204(e) |
| May 22, 2006 | LFCCs begin receiving appeals within seven (7) business days of the date of receipt of the initial LFCC decision or fourteen (14) calendar days from the date the decision was mailed, whichever is earlier. |
| June 1, 2006 | Deadline for Small CFCs (Less than $500,000 in receipts) to begin 2005 disbursements. - 5 CFR §950.901(i)(2) |
| June 16, 2006 | Deadline for decisions by LFCC on all local organization appeals. |

Case 1:06-cv-01335-CKK    Document 1-3    Filed 07/27/2006    Page 42 of 42

| | |
|---|---|
| July 31, 2006 | Date for completion of 2006 National/International List of Participating Agencies (posted on OPM website) |
| July 31, 2006 | Target date for OPM to complete Local appeals. |
| August 1, 2006 | CFC Audit Guide reports and supporting documentation must be submitted to the LFCC. |
| September 1 - December 15, 2006 | 2006 Combined Federal Campaign Official Solicitation Period. -- 5 CFR §950.102(a) |
| September 15, 2006 | Deadline for LFCCs to send copies of the CFC Audit Guide reports and supporting documentation to OPM |
| December 1, 2006 | OPM will begin to accept 2007 National/International Applications |

Office of Personnel Management                                   Site Index | A-Z
1900 E Street NW, Washington, DC 20415-1000 | (202) 606-1800 | TTY (202) 606-2532

Contact Us | Important Links | Forms | FAQ's | Products & Services