# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLERGY & ASTHMA NETWORK** ) | |
| **MOTHERS OF ASTHMATICS,** ) | |
| **2751 Prosperity Avenue, Suite 150** ) | |
| **Fairfax, VA 22031-4397** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **-v-** ) | **Civil Action No._____** |
| ) | |
| **LINDA M. SPRINGER** ) | |
| **in her official capacity as** ) | |
| **Director of the United States Office** ) | |
| **of Personnel Management** ) | |
| **1900 E Street, N.W.** ) | |
| **Washington, D.C. 20415-0001,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF COUNSEL PURSUANT TO LCvR 65.1

I, Bernard J. DiMuro, counsel for Plaintiff Allergy & Asthma Network Mothers of Asthmatics, certify I notified James Green, Esq., Associate General Counsel of the United States Office of Personnel Management, by telephone at approximately 8:30 a.m. on July 27, 2006, that the Complaint and Motion for Temporary Restraining Order and Preliminary Injunction in this matter would be filed during the afternoon of July 27, 2006. I further advised Mr. Green that he would be notified of the time and date set by the Court for a hearing, if any is to be held.

I have delivered to Mr. Green, U.S. Office of Personnel Management, 1900 E. St. NW, Room 7353, Washington, DC 20415-1000, by messenger, and/or sent by electronic mail (pdf) with Mr. Green's permission, a copy of the Complaint and accompanying exhibits, Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum of Points and Authorities, and

proposed Order in this matter, along with a copy of this certificate.

Respectfully submitted,

 /s/
Bernard J. DiMuro, Esq. (DC # 393020)
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
(703) 684-4333
(703) 548-3181 (facsimile)

Noland MacKenzie Canter, III (D.C. Bar #93616)
Mark J. Diskin (D.C. Bar #334086)
Copilevitz & Canter, LLC
1900 L Street, N.W., Suite 215
Washington, D.C. 20036

Counsel for Plaintiff