**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AWANA CLUBS INTERNATIONAL** | ) | |
|         Plaintiff, | ) | |
|     v. | ) | **Civil Action No. 06-1341(CKK)** |
| **LINDA M. SPRINGER** | ) | |
|         Defendant. | ) | |
| | ) | |
| **ALLERGY & ASTHMA NETWORK** | ) | |
| **MOTHERS OF ASTHMATICS** | ) | |
|         Plaintiff, | ) | |
|     v. | ) | **Civil Action No. 06-1335(CKK)** |
| **LINDA M. SPRINGER** | ) | |
|         Defendant. | ) | |
| | ) | |
| **MICHAEL J. FOX FOUNDATION** | ) | |
| **FOR PARKINSON'S RESEARCH** | ) | |
|         Plaintiff, | ) | |
|     v. | ) | **Civil Action No. 06-1334(CKK)** |
| **LINDA M. SPRINGER** | ) | |
|         Defendant. | ) | |
| | ) | |
| **NAVIGATORS** | ) | |
|         Plaintiff, | ) | |
|     v. | ) | **Civil Action No. 06-1333(CKK)** |
| **LINDA M. SPRINGER** | ) | |
|         Defendant. | ) | |
| | ) | |
| **AMERICAN ASSOCIATION OF KIDNEY** | ) | |
| **PATIENTS** | ) | |
|         Plaintiff, | ) | |
|     v. | ) | **Civil Action No. 06-1331(CKK)** |
| **LINDA M. SPRINGER** | ) | |
|         Defendant. | ) | |
| | ) | |
| **STURGE-WEBER FOUNDATION** | ) | |
|         Plaintiff, | ) | |
|     v. | ) | **Civil Action No. 06-1332(CKK)** |
| | ) | |
| **LINDA M. SPRINGER** | ) | |
|         Defendant. | ) | |
| | ) | |

## NOTICE

Pursuant to the request of the Court, this will formally notify all parties in the captioned matters that the defendant will delay until Monday, August 7, 2006, submission of the National List to Local Federal Coordinating Committees (LFCCs) of the Combined Federal Campaign (CFC). This delay can be extended to no later than Friday, August 11, 2006.

Should it be determined after August 11, 2006, that a charity must be included on the National List, the charity will be added to each brochure, in those local CFCs where such brochures have already been printed by the time such charity (or charities) is added, by written insert. Such insert will be produced and added to the brochure at the expense of those local CFCs. In those local CFCs where printing of the brochures has not been completed, the charity will be added to the brochures before printing is completed.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451048
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20001
(202) 514-6970