AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Allergy & Asthma Network
Mothers

V.

Springer

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01335

CA ~~JUDGE:~~ Colleen Kollar-Kotelly

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 07/27/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DiMuro Ginsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL 27 2006
CLERK                                DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/31/2006 |
| NAME OF SERVER (PRINT) Paul B. Spalding | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sub-Served: Debra J. Muhummad, Legal Assistant

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2006            *Paul B. Spalding*
                Date                    Signature of Server

P.O. Box 523078  Springfield, VA 22152
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Nancy M. Mayer-W
Clerk